

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00548-CV

**SAN ANTONIO FEDERAL CREDIT UNION**,
Appellant

v.

Mario R. **CANTU**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21715
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's May 17, 2019 judgment is AFFIRMED. We ORDER appellant San Antonio Federal Credit Union to pay the costs of this appeal.

SIGNED May 26, 2021.

_____
Beth Watkins, Justice